IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA    )    CRIMINAL NO: 8:21- 490
                            )
           v.               )    **ORDER FOR**
                            )    **BENCH WARRANT**
DILLINGER MATSON BOLDEN     )
    a/k/a "Nuke"

The Clerk of Court is hereby directed to issue a warrant

for the above-named defendant, DILLINGER MATSON BOLDEN, a/k/a

"Nuke", as requested by the United States Attorney. The amount

and conditions of bond to be set by the judicial officer before

whom the defendant initially appears.    **s/ Kevin F. McDonald**

_____
UNITED STATES MAGISTRATE JUDGE


Greenville, South Carolina

August 10 , 2021


I SO MOVE:


M. RHETT DEHART
ACTING UNITED STATES ATTORNEY


By: _____
    Sloan P. Ellis  (#10436)
    Assistant United States Attorney
    55 Beattie Place, Suite 700
    Greenville, SC 29601
    Telephone: (864) 282-2100
    Email Address: Sloan.Ellis@usdoj.gov